## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF EASTERN NEW YORK

| | |
|---|---|
| **DEMETRIA FULTON GREEN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )  Case No.: 1:15-cv-03001-RRM-MDG |
| | ) |
| **PERFORMANT RECOVERY, INC.** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |
| | ) |

### NOTICE OF SETTLEMENT

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: March 10, 2016

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

## Certificate of Service

I hereby certify that on this 10th day of March, 2016, a true and correct copy of the foregoing pleading served via ECF to the below:

Concepcion A. Montoya, Esq.
Hinshaw & Culbertson, LLP
800 Third Avenue, 13th Floor
New York, NY 10022
Phone: (212) 471-6228

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff