# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DEMETRIA FULTON GREEN,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 1:15-cv-03001-RRM-MDG |
| **PERFORMANT RECOVERY, INC.** | ) |
| **Defendant.** | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Concepcion A. Montoya* | */s/ Craig Thor Kimmel* |
| Concepcion A. Montoya, Esq. | Craig Thor Kimmel, Esq. |
| 800 Third Avenue, 13th Floor | Kimmel & Silverman, P.C. |
| New York, New York 10022 | 30 East Butler Pike |
| Tel: (212) 471-6200 | Ambler, PA 19002 |
| Fax: (212) 935-1166 | Phone: 215-540-8888 |
| Email: cmontoya@hinshawlaw.com | Fax: 877-788-2864 |
| Attorney for the Defendant | Email: teamkimmel@creditlaw.com |
| | Attorney for Plaintiff |
| Date: April 29, 2016 | Date: April 29, 2016 |

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 29th day of April, 2016:

Concepcion A. Montoya, Esq.
800 Third Avenue, 13th Floor
New York, New York 10022
Tel: (212) 471-6200
Fax: (212) 935-1166
Email: cmontoya@hinshawlaw.com
Attorney for the Defendant

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff